JACQUELINE A. FORSLUND
Forslund Law, LLC
CSBN 154575
P.O. Box 4476
Sunriver, OR  97707
Telephone:	541-419-0074
Fax:		541-593-4452
Email:		jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SHARON ANN WRIGHT, | ) | Case No.  1:19-CV-00721-BAM |
| | ) | |
| Plaintiff | ) | **STIPULATION AND PROPOSED** |
| | ) | **ORDER FOR EXTENSION OF TIME** |
| v. | ) | **TO FILE PLAINTIFF'S OPENING BRIEF** |
| | ) | |
| ANDREW M. SAUL, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 45 Days to February 20, 2020, for Plaintiff to file her Opening Brief, in accordance with the Court's Scheduling Order.  This is Plaintiff's first request for an extension.  It is requested due to Plaintiff's counsel's busy briefing schedule during January and early February.

**Wright v. Saul**	**Stipulation and Order**	**E.D. Cal. 1:19-cv-00721-BAM**

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

Respectfully submitted,

Date: January 2, 2020   JACQUELINE A. FORSLUND
Attorney at Law

*/s/Jacqueline A. Forslund*
JACQUELINE A. FORSLUND

Attorney for Plaintiff

Date: January 2, 2020   MCGREGOR W. SCOTT
United States Attorney
DEBORAH STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

*/s/Michael K. Marriott*
MICHAEL K. MARRIOTT
Special Assistant United States Attorney
\*By email authorization

Attorney for Defendant

**Wright v. Saul**          **Stipulation and Order**          **E.D. Cal. 1:19-cv-00721-BAM**

# ORDER

Based upon the stipulation of the parties, and for cause shown, IT IS HEREBY ORDERED, that that the deadline for Plaintiff to file an Opening Brief is extended to February 20, 2020. All other dates in the Court's Scheduling Order are extended accordingly.

IT IS SO ORDERED.

Dated: __**January 3, 2020**__   /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE

**Wright v. Saul**      **Stipulation and Order**      **E.D. Cal. 1:19-cv-00721-BAM**