JACQUELINE A. FORSLUND
Forslund Law, LLC
CSBN 154575
P.O. Box 4476
Sunriver, OR  97707
Telephone:     541-419-0074
Fax:              541-593-4452
Email:          jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

SHARON ANN WRIGHT,                          )      Case No.  1:19-CV-00721-BAM
                                                           )
          Plaintiff                                   )      **STIPULATION AND**
                                                           )      **ORDER FOR EXTENSION OF TIME**
v.                                                        )      **TO FILE PLAINTIFF'S OPENING BRIEF**
                                                           )
ANDREW M. SAUL,                                )
Commissioner of Social Security,            )
                                                           )
          Defendant                                )
                                                           )
                                                           )
_____)

          IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend

the time 30 Days to March 23, 2020, for Plaintiff to file her Opening Brief, in accordance with the

Court's Scheduling Order.  This is Plaintiff's second request for an extension.  It is requested due to

the fact that Plaintiff's counsel has numerous briefs due over the next several weeks and will not have

time to adequately address the issues in this case.

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

Respectfully submitted,

Date: February 18, 2020                JACQUELINE A. FORSLUND
Attorney at Law

*/s/Jacqueline A. Forslund*
JACQUELINE A. FORSLUND

Attorney for Plaintiff

Date: February 18, 2020                MCGREGOR W. SCOTT
United States Attorney
DEBORAH STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

*/s/Chantal Jenkins*
CHANTAL JENKINS
Special Assistant United States Attorney
*By email authorization

Attorney for Defendant

<u>ORDER</u>

Pursuant to the parties' stipulation, and cause appearing, Plaintiff's request for a second extension of time to file her Opening Brief is GRANTED. Plaintiff shall file her Opening Brief on or before March 23, 2020. All other deadlines in the Court's Scheduling Order are modified

accordingly. The parties are advised that further extensions of time must be supported by a

demonstrated showing of good cause.

IT IS SO ORDERED.

Dated: __**February 20, 2020**__         ___/s/ *Barbara A. McAuliffe*___

UNITED STATES MAGISTRATE JUDGE