JACQUELINE A. FORSLUND
Forslund Law, LLC
CSBN 154575
P.O. Box 4476
Sunriver, OR  97707
Telephone:	541-419-0074
Fax:		541-593-4452
Email:		jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON ANN WRIGHT, ) | Case No.  1:19-CV-00721-BAM |
| ) | |
| Plaintiff ) | **STIPULATION AND** |
| ) | **ORDER FOR EXTENSION OF TIME** |
| v. ) | **TO FILE PLAINTIFF'S OPENING BRIEF** |
| ) | |
| ANDREW M. SAUL, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant ) | |
| ) | |
| _____) | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 18 Days to April 10, 2020, for Plaintiff to file her Opening Brief, in accordance with the Court's Scheduling Order.  This is Plaintiff's third request for an extension.  It is requested due to the fact that Plaintiff's counsel is currently ill and is unable to complete the Opening Brief at this time.

Plaintiff's counsel apologizes for the delay and assures the Court that there will be no further requests to extend the briefing schedule.

**Wright v. Saul**	**Stipulation and Order**	**E.D. Cal. 1:19-cv-00721-BAM**

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

Respectfully submitted,

Date: March 25, 2020          JACQUELINE A. FORSLUND
                              Attorney at Law


                              */s/Jacqueline A. Forslund*
                              JACQUELINE A. FORSLUND

                              Attorney for Plaintiff



Date: March 25, 2020          MCGREGOR W. SCOTT
                              United States Attorney
                              DEBORAH STACHEL
                              Regional Chief Counsel, Region IX
                              Social Security Administration

                              */s/Chantal Jenkins*
                              CHANTAL JENKINS
                              Special Assistant United States Attorney
                              *By email authorization

                              Attorney for Defendant

_____

**Wright v. Saul**               **Stipulation and Order**      **E.D. Cal. 1:19-cv-00721-BAM**

# ORDER

Pursuant to the parties' stipulation, and good cause appearing, Plaintiff's request for a third extension of time to file her Opening Brief is GRANTED. Plaintiff shall file her Opening Brief on or before April 10, 2020. All other deadlines in the Court's Scheduling Order are modified accordingly. The parties are additionally cautioned that further modifications of the Scheduling Order will not be granted absent a demonstrated showing of good cause. Fed. R. Civ. P. 16(b). Good cause may consist of the inability to comply with court orders in light of the COVID-19 pandemic. Any such future difficulties should be explained.

IT IS SO ORDERED.

Dated: **March 26, 2020**      /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE

**Wright v. Saul**         **Stipulation and Order**      **E.D. Cal. 1:19-cv-00721-BAM**